# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KATALIN REIMANN, AN INDIVIDUAL,<br><br>        Appellant,<br><br>vs.<br><br>OVATION FINANCE HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>        Respondent. | No. 81413<br><br>FILED<br><br>APR 0 8 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from a final judgment. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

On December 4, 2020, this court entered an order that dismissed appellant JRK Global, Inc.; removed the appeal from the settlement program; and directed appellant to file a transcript request form by December 18, 2020, a docketing statement by December 28, 2020, and an opening brief or informal brief by April 5, 2021. When appellant failed to file the transcript request form and docketing statement, this court issued an order on February 3, 2021, directing appellant to file the transcript request form and docketing statement within 14 days.[1] This court cautioned that failure to timely file the transcript request form and docketing statement could result in the dismissal of this appeal as abandoned. *See* NRAP 9(a)(7), NRAP 14(c). To date, appellant has failed to file the transcript request form and docketing statement or to otherwise communicate with this court. Further, appellant has failed to file the

---

[1]A copy of the court's order is attached.

21- 10113

opening brief or informal brief by its April 5, 2021, deadline. Accordingly, this court concludes that appellant has abandoned this appeal, and ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Susan Johnson, District Judge
       Kristine M. Kuzemka, Settlement Judge
       Katalin Reimann
       Garman Turner Gordon
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KATALIN REIMANN, AN INDIVIDUAL,<br><br>                   Appellant,<br>vs.<br>OVATION FINANCE HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>                   Respondent. | No. 81413<br><br>**FILED**<br><br>FEB 0 3 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER TO FILE DOCUMENTS*

On December 4, 2020, this court entered an order reinstating briefing and issued a notice to appellant setting the deadlines for the filing of documents and briefs. Pursuant to that order and notice, the docketing statement was due by December 28, 2020, and the transcript request form was due by December 18, 2020. To date, the required documents have not been filed with the clerk of this court. NRAP 9(a)(3), NRAP 14. Appellant shall have 14 days from the date of this order to file and serve the transcript request form or a certificate that no transcripts will be requested and the docketing statement. Failure to comply with this order may result in the dismissal of this appeal as abandoned. *See* NRAP 9(a)(7), NRAP 14(c).

It is so ORDERED.

_____, C.J.

cc:    Katalin Reimann
       Garman Turner Gordon